Robins Kaplan LLP
James P. Menton, Jr. (SBN 159032)
JMenton@RobinsKaplan.com
2049 Century Park East
Suite 3400
Los Angeles, CA 90067
Telephone: 310 552 0130
Facsimile: 310 229 5800

Attorneys for Petitioner
Charif Kazal

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARIF KAZAL,<br><br>    Petitioner,<br><br>v.<br><br>RODRIC MARC DAVID; CITY NATIONAL BANK; and BANK OF AMERICA, N.A.,<br><br>    Respondents. | Case No. 2:17-mc-00138 UA (PLAx)<br><br>**ORDER GRANTING PETITIONER'S APPLICATION FOR AN ORDER PERMITTING DISCOVERY FOR USE IN A FOREIGN PROCEEDING UNDER 28 U.S.C. § 1782** |

Upon the application dated November 22, 2017 of Petitioner Charif Kazal and supporting declarations, pursuant to 28 U.S.C. § 1782, for an order permitting Petitioner to conduct discovery of the Respondents named herein for use in a proceeding in the Civil Division of The Grand Court of the Cayman Islands; and upon the record before the Court with respect to the relief requested the Court having been fully advised in this matter; and it appearing that venue is proper before this Court pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1782; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1782; and it appearing that the legal and factual bases set forth in the application establish just and sufficient cause to grant the relief requested; and after due

deliberation thereon;

**IT IS HEREBY ORDERED THAT**:

1. The application is granted.

2. Pursuant to Local Rule 7-19.2, the notice requirements of Local Rule 7-19.1 are waived with respect to this application. Petitioner shall give notice of discovery requests or other actions as required elsewhere in the Federal Rules of Civil Procedure and Local Rules of this District.

3. Petitioner may conduct discovery of the Respondents identified below, including requiring them to produce documents and testify at a deposition by subpoena, deposition notice, or as otherwise allowed by the Federal Rules of Civil Procedure:

   a. Rodric Marc David;
   b. City National Bank; and
   c. Bank of America, N.A.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

ORDERED this 27th day of November, 2017.

_____
Paul L. Abrams
U.S. Magistrate Judge