Robins Kaplan LLP
James P. Menton, Jr. (SBN 159032)
JMenton@RobinsKaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310.229.5813
Facsimile:  310.229.5800

Attorneys for Petitioner
Charif Kazal

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARIF KAZAL, | Case No.  2:17-mc-00138 UA (PLAx) |
| Petitioner, | **ORDER APPROVING STIPULATED PROTECTIVE ORDER** |
| v. | |
| RODRIC MARC DAVID; CITY NATIONAL BANK; and BANK OF AMERICA, N.A., | |
| Respondents. | |

The Court having read and considered the *Stipulated Protective Order* between Petitioner Charif Kazal and Respondent Rodric Marc David, filed with the Court on January 31, 2018 [Docket No. 14], and for good cause shown:

**IT IS HEREBY ORDERED**:

1.      The *Stipulated Protective Order* filed with the Court on January 31, 2018 [Docket No. 14], is hereby **APPROVED** in all respects.

**IT IS SO ORDERED**.

Dated: <u>January 31, 2018</u>

_____
PAUL L. ABRAMS
United States Magistrate Judge

75867611.2